Matter of Kepley v Loeb

2026 NY Slip Op 02453

April 23, 2026

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This decision is uncorrected and subject to revision before publication in the Official Reports.

In the Matter of Elisabeth Kepley Also Known as Frances Lehman Loeb, Petitioner-Appellant,

v

John Loeb Jr., et al., Respondents-Respondents.

Decided and Entered: April 23, 2026

Index No. 154266/25|Appeal No. 6470|Case No. 2025-06781|

Before: Manzanet-Daniels, J.P., Kennedy, González, Pitt-Burke, Rosado, JJ.

Elizabeth Kepley, appellant pro se.

Kurzman Eisenberg Corbin & Lever, LLP, White Plains (John C. Re of counsel), for John Loeb respondent.

[*1]

Order, Supreme Court, New York County (Paul A. Goetz, J.), entered on or about October 10, 2025, which, to the extent appealed from as limited by the briefs, denied petitioner's request for leave to move pursuant to CPLR 5015 (a)(1) and (3) to vacate the order, same court and Justice, dated September 19, 2025, dismissing the complaint, and for leave to file additional papers on the underlying motion, unanimously affirmed, with costs.

The court providently exercised its discretion in denying approval for petitioner to file additional papers in support of her petition, which approval was required by the previous order dismissing the petition, based on petitioner's prior abuse of the judicial process and initiation of meritless litigation. The additional papers which petitioner proposed to submit were irrelevant to the issues determined by the court in the order granting the motion to dismiss (see Summit Solomon & Feldesman v Lacher, 212 AD2d 487, 487 [1st Dept 1995]).

We have considered petitioner's remaining arguments and find them unavailing.

THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.

ENTERED: April 23, 2026